**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Leroy ELLIS, Defendant—Appellant.**

**No. 08–7052.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2009.

Decided: July 7, 2009.

Leroy Ellis, Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leroy Ellis appeals the district court's order denying his petition for redress of grievances. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ellis,* Nos. 4:94–cr–70036–jlk–mfu–2; 4:08–cv–80035–jlk–mfu (W.D.Va. June 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*